United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FERNANDO SALAZAR,<br><br>　　　　Defendant. | Case No.: CR 05-0128 CW (KAW)<br><br>ORDER OF DETENTION PENDING SUPERVISED RELEASE REVOCATION HEARING |

On August 7, 2012, the Court held a hearing on the Government's motion to detain Defendant Fernando Salazar pending his supervised release revocation hearing. Defendant was present and in custody, and represented by Assistant Federal Defender Angela Hansen. Assistant United States Attorney Wade Rhyne appeared on behalf of the Government. Probation Officer Sonia Lapizco was also present. Interpreter Haydee Claus translated the proceedings for Defendant.

The parties agreed that Defendant is most likely subject to an ICE hold. Defendant waived the timing of his right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining his right to seek release at a later hearing should his conditions change.

The Court hereby detains Defendant pending his supervised release revocation hearing, but because he has waived his right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

///

///

///

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: August 7, 2012

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge